# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3101
LT Case No. 42-2022-CF-3490-A

_____

KENNETH MICHAEL WILKERSON, II,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Matthew Metz, Public Defender, and Susan A. Fagan, Assistant
Public Defender, Daytona Beach, for Appellant.

Kenneth Michael Wilkerson, II, Bushnell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Deborah
A. Chance, Assistant Attorney General, Daytona Beach, for
Appellee.

May 12, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____